UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21414-Civ-COOKE/TORRES

URANIA ISABEL QUINTANA,
and all others similarly situated under
29 U.S.C. 216(b),

    Plaintiffs,

vs.

MILLENIUM OIL & GAS
DISTRIBUTORS, INC. and
ELENA G. HASAN,

    Defendants.
_____/

### ORDER OF COURT-MANDATED REQUIREMENTS IN FLSA-BASED CASES

**THIS MATTER** is before the Court upon the filing of an action under the Fair Labor Standards Act, *as amended*, 29 U.S.C. §201 *et seq.* ("FLSA"), by which the Plaintiff seeks unpaid wages. To assist the Court in the management of the case, the Plaintiff is **ORDERED** to file with the Court a statement of claim setting forth the amount of the alleged unpaid wages, the calculation of such wages, and the nature of the wages (*e.g.* overtime or regular) *within twenty-one (21) days from the date of this Order*. Also within that allotted time, the Plaintiff shall serve a copy of this Order, the statement of claim, *and copies of all documents supporting the claim* (*e.g.* time slips, pay stubs) on the Defendant's counsel. The Plaintiff shall, on that same date, additionally file a notice of full compliance with this Order.

The Defendant, *within fourteen (14) days of service of the Plaintiff's statement of claim*, is **ORDERED** to file with this Court a response to the Plaintiff's statement, and provide the Plaintiff with copies of all documents supporting its defenses. Concurrently, the Defendant shall file a notice of full compliance with this Order.

The Parties are hereby advised that this case will be on the Court's FLSA expedited-track calendar pursuant to which trial shall be set nine (9) months after the Plaintiff files the

required statement of claim. Furthermore, barring the most extreme of compelling circumstances, ***the Court will not grant any motions for a continuance and/or extensions of time***.

*Failure to comply with this Order may result in default, dismissal, and/or sanctions.*

**DONE and ORDERED** in chambers at Miami, Florida, this 21st day of April 2015.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*