UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21414-Civ-COOKE/TORRES

URANIA ISABEL QUINTANA,
and all others similarly situated under
29 U.S.C. 216(b),

    Plaintiffs,

vs.

MILLENIUM OIL & GAS
DISTRIBUTORS, INC. and
ELENA G. HASAN,

    Defendants.
_____/

## NOTICE OF JOINT MOTIONS

    The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

    **DONE and ORDERED** in chambers in Miami, Florida this 21st day of April 2015.

*(signed)* Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*