UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21414-CIV-COOKE/TORRES

URANIA ISABEL QUINTANA, *and all others similarly situated under 29 U.S.C. § 216(b)*,

        Plaintiff,

vs.

MILLENIUM OIL & GAS DISTRIBUTORS, INC., and ELENA G HASAN,

        Defendants.

_____

## **MOTION TO AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned attorney and hereby files this, Plaintiff's Motion to Amend Complaint and, in support thereof, state as follows:

1. On April 14, 2015, Plaintiff filed her Complaint [DE 1]. This Complaint alleged that Plaintiff worked for several of Defendants' businesses, including a pizzeria.

2. Defendants sent Plaintiff a letter stating that Defendants did not in fact own a pizzeria and another business, and delivered a draft Rule 11 Motion.

3. Plaintiff met again with her counsel, and clarified that the pizzeria was the first business that she worked at, and was not one of the business she was scheduled to work at during the time alleged in the Complaint in which she worked overtime hours. Further, she made several clarifications of fact regarding her employment, including which individual Defendant was the most proper party. While Elena G. Hasan is the named party as president of Millenium Oil & Gas Distributors, Inc., further research and review revealed that Tanveer A. Hasan was more responsible for the finances and running the business than Elena G. Hasan.

4. The attached Amended Complaint represents these changes. Plaintiff sought the Defendants' permission on June 1, 2015 to file said amendment and this request was refused. This occurred within the 21 day safe harbor of Rule 11 period.

5. Fed. R. Civ. P. 15 provides, "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

6. Plaintiff asserts that it is proper and just for this Court to permit Plaintiff to amend her Complaint so the proper Defendant may be brought and under the proper facts.

7. No scheduling order has dictated the deadline regarding any amendment to the pleadings.

**WHEREFORE**, Plaintiff respectfully requests that this Court permit Plaintiff to file the attached Amended Complaint.

Respectfully submitted this eighth day of June, 2015.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiffs*
>
> By: /s/ Elizabeth O. Hueber
> Elizabeth O. Hueber
> Florida Bar No.: 0073061

## CERTIFICATE OF GOOD FAITH CONFERRAL

I certify that I requested Defendants' counsel to consent to the relief requested in this Motion, and he rejected it as moot.

> /s/ Elizabeth Hueber
> Elizabeth Hueber

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties of record on the Service List below on June 8, 2015.

>J.H. Zidell, P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865-7167
>*Attorneys for Plaintiffs*
>
>By: /s/ Elizabeth O. Hueber
>Elizabeth O. Hueber
>Florida Bar No.: 0073061

## SERVICE LIST

Richard Baron
Baron, Breslin & Sarmiento
501 NE 1st Avenue
Suite 201
Miami, FL 33132
305-577-4626
Fax: 305-577-4630
Email: rb@richardbaronlaw.com
*Attorney for Defendants*