**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 15-21414 - CIV-COOKE/Torres**

**URANIA ISABEL QUINTANA**

**Plaintiff,**

**V.**

**MILLENIUM OIL & GAS DISTRIBUTORS INC, a Florida corporation; and ELENA G. HASAN,**

**Defendants.**

**______________________________________/**

**REPLY TO OPPOSITION TO MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.PRO. 11 AND REQUEST FOR IMPOSITION OF SANCTIONS**

COMES NOW, the MILLENIUM OIL & GAS DISTRIBUTORS INC, a Florida corporation and ELENA G. HASAN, pursuant to Federal Rules of Civil Procedure, Rule 11, and moves that this Honorable Court impose immediate sanctions on the Plaintiff's counsel for violation of Rule 11(b) as to Defendant Elena Hasan.

In support of this motion it is asserted that:

1. On April 4, 2015 the Plaintiff filed a complaint against Millenium Oil & Gas Distributors Inc, and Elena Hasan.
2. Plaintiff's counsel undertook no investigation of the facts alleged in the complaint filed. It is now apparent that the Plaintiff simply alleged gossip and innuendo to bring the complaint and did not even have a detailed conversation with their client.
3. The Plaintiff's complaint alleges in paragraph 15 that the Defendants "own several business and the Defendants cross-utilized the Plaintiff during the same work weeks, including, without limitation, at the Quick-Stop nearby a shopping center and the pizzeria

owned by the Defendants in said shopping center”. The Plaintiff’s complaint then goes on to suggest that it was the *combined* work of the Plaintiff for the *combined* businesses of the Defendants that violated the FSLA.

4. Had the Plaintiff's counsel undertaken an inquiry reasonable under the circumstances as required under Rule 11, Plaintiff’s counsel would have learned that the Defendants do not own and have no interest in or managerial control over the “Quick-Stop nearby a shopping center and the pizzeria” alleged in the complaint. Neither Millenium Oil & Gas Distributors Inc, nor Elena Hasan have any ownership interest or control over any other businesses.
5. Plaintiff's client did work for Defendant Millenium Oil & Gas Distributors Inc, on a part time basis only in 2014 and such work never exceeded 35 hours for any workweek and the Plaintiff always received the required minimum wage.
6. As such, had the Plaintiff's counsel undertaken an inquiry reasonable under the circumstances as required under Rule 11, Plaintiff's counsel would not have been able to make the allegations made in the complaint in good faith and the Plaintiff's counsel would have discovered that the Defendants did not violate the FLSA.
7. On May 10, 2015 undersigned counsel notified the Plaintiff and Plaintiff's counsel of the Rule 11 violation which gave the Plaintiff and Plaintiff's counsel the twenty (20) day safe harbor under the rule.
8. Plaintiff and Plaintiff's counsel failed to avail themselves of the safe harbor time period.
9. On June 2, 2015 Defendant's Millenium Oil & Gas Distributors Inc, and Elena Hasan filed their motion for sanctions under Rule 11.
10. The violation of Rule 11 is now borne out as the Plaintiff has now moved to amend the

complaint *and drop Defendant Elena Hasan from the complaint altogether*.

11. In the Plaintiff's motion for leave to amend, Plaintiff's counsel states: "

"3. Plaintiff met again with her counsel, and clarified that the pizzeria was the first business that she worked at, and was not one of the business she was scheduled to work at during the time alleged in the Complaint in which she worked overtime hours. Further, she made several clarifications of fact regarding her employment, including which individual Defendant was the most proper party. While Elena G. Hasan is the named party as president of Millenium Oil & Gas Distributors, Inc., further research and review revealed that Tanveer A. Hasan was more responsible for the finances and running the business than Elena G. Hasan.

4. The attached Amended Complaint represents these changes. Plaintiff sought the Defendants' permission on June 1, 2015 to file said amendment and this request was refused. This occurred within the 21 day safe harbor of Rule 11 period." [D.E. 21].

12. As such, Plaintiff's counsel did nothing more than speak to their client before deciding to drop Elena Hasan from the complaint.

13. Further, the representations made in the Plaintiff's motion for leave to amend prove false the statements made in the Plaintiff's statement of claim. See D.E. 13.

14. Needless to say, Plaintiff's counsel should have spoken to their client *before* filing the complaint and the statement of claim requiring Elena Hasan to retain counsel and defend these frivolous allegations.

15. In sum, Plaintiff's counsel did not undertake even a detailed conversation with their client before requiring Elena Hasan the cost and expense of retaining counsel to defend herself in Federal Court.

16. Finally, the Plaintiff's counsel had twenty (20) days to have availed themselves of the safe harbor period under Rule 11 to act without the threat of sanctions. Plaintiff's counsel had ample opportunity within the safe harbor period to finally have a meaningful conversation with their client and dismiss the complaint against Elena Hasan but failed to do so.

17. This is a clear violation of Rule 11 entitling Elena Hasan to immediate sanctions in an amount representing her attorney's fees and costs.

18. As to Defendant Millenium Oil & Gas Distributors Inc, the Rule 11 motion for that Defendant is not yet ripe.

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was served via on J. H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Fl 33141, Via US Mail and Email zabogado@aol.com on June 9, 2015.

Respectfully submitted,

**Baron, Breslin & Sarmiento**
**Primary email: EService@RichardBaronLaw.com**
**Secondary Email: RB@RichardBaronLaw.com**

**s/ Richard Baron**

Richard Baron, Esq.
Fla. Bar # 178675
Email: RB@RichardBaronLaw.com
Baron, Breslin & Sarmiento, Attorneys at Law
501 Northeast 1st Avenue
Suite 201
Miami, Fl 33132
Tel.: 305-577-4626
Fax.: 305-577-4630