UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:15-cv-21414 – MCG /Torres

**URANIA ISABEL QUINTANA**

     Plaintiff,

V.

**MILLENIUM OIL & GAS DISTRIBUTORS INC, a Florida corporation; and TANVEER A. HASAN,**

     Defendants.

_____/

**ANSWER, AFFIRMATIVE DEFENSES
AND DEMAND FOR TRIAL BY JURY**

COMES NOW, the MILLENIUM OIL & GAS DISTRIBUTORS INC, a Florida corporation; and TANVEER A. HASAN, pursuant to Federal Rules of Civil Procedure, and deny each and every allegation not specifically admitted herein and demand strict proof thereof as follows:

As to paragraph:

1. Admitted as to the description of the action but Denied in all other respects.

2. Admitted.

3. Admitted as to geographical location but Denied in all other respects

4. Denied.

5. Denied.

6. Admitted as to the statement of the law but Denied as to all factual allegations and Denied that the law applies to the facts of this case.

7. Admitted as to the statement of the law but Denied the law applies to the facts of this

*Quintana. v Millenium Oil., et al.* *Page 2*
Case No.: 15-CV – 21414  COOKE  / Torres

case.

8. Admitted as to the statement of the law but Denied the law applies to the facts of this case

9. Denied.

10. The Defendants are without knowledge and is therefore Denied.

11. The Defendants are without knowledge and is therefore Denied.

12. The Defendants are without knowledge and is therefore Denied.

13. The Defendants are without knowledge and is therefore Denied.

14. Denied.

15. Denied.

16. Denied.

## AFFIRMATIVE DEFENSES

1. <u>First Affirmative Defense</u>

    a. Defendants assert that the claims raised in the complaint cannot be raised or are defended by the fact that for the relevant time periods the Plaintiff was not an "employee", as defined in 29 USCA § 203.

2. <u>Second Affirmative Defense</u>

    a. The Defendants assert that the Plaintiff was an hourly employee and for the relevant time periods the Plaintiff received all hourly wages. The Plaintiff never worked overtime.

3. <u>Third Affirmative Defense</u>

    a. The Defendants assert that the Plaintiff or Plaintiff's counsel failed to comply with Fed.R.Civ.Pro. 11 in that the claims raised in the complaint:

        i. Are raised for an improper purpose, such as to harass, cause unnecessary

      delay, or needlessly increase the cost of litigation;

ii. The claims and other legal contentions are not warranted by the facts, existing law or by a nonfrivolous argument;

iii. The factual contentions raised in the complaint have no evidentiary support and will likely have no evidentiary support after a reasonable opportunity for further investigation or discovery. It is suggested that Plaintiff or Plaintiff's did not undertake an inquiry reasonable under the circumstances prior to making the allegations in the complaint requiring Defendants to retain counsel to defend claims that have never should have been raised and would not have been raised if such a reasonable inquiry been made.

As discovery has yet to begin, the Defendants reserve the right to amend these affirmative defenses as appropriate.

## DEMAND FOR TRIAL BY JURY

Defendants respectfully demand trial by jury on all issues so triable by right.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on J. H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Fl 33141, Via Email zabogado@aol.com on July 6, 2015.

Respectfully submitted,

**Baron, Breslin & Sarmiento**
**Primary email: EService@RichardBaronLaw.com**
**Secondary Email: RB@RichardBaronLaw.com**

**s/ Richard Baron**
*Filed of Record via CM/ECF*

Richard Baron, Esq.

*Quintana. v Millenium Oil., et al.*                                                                                     *Page 4*
*Case No.: 15-CV – 21414  COOKE / Torres*

                              Fla. Bar # 178675
                              Email: RB@RichardBaronLaw.com
                              Baron, Breslin & Sarmiento, Attorneys at Law
                              501 Northeast 1st Avenue
                              Suite 201
                              Miami, Fl 33132
                              Tel.: 305-577-4626
                              Fax.: 305-577-4630