UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:15-cv-21414 – MCG /Torres

URANIA ISABEL QUINTANA

    Plaintiff,

V.

MILLENIUM OIL & GAS DISTRIBUTORS
INC, a Florida corporation; and
TANVEER A. HASAN,

    Defendants.

_____/

## DEFENDANTS WITNESS LIST

COMES NOW, the Defendants MILLENIUM OIL & GAS DISTRIBUTORS INC, a Florida corporation; and TANVEER A. HASAN, pursuant to the Scheduling Order of this Honorable Court of August 31, 2015 [D.E. 30] and hereby file of record the written list containing the names and addresses of all fact witnesses intended to be called at trial by the Defendants:

1. Elena Hasan 11001 Blackhawk Blvd Davie, FL 33328

2. Tanveer Hasan 11001 Blackhawk Blvd Davie, FL 33328

3. Cristina Martinez 3631 SW 106th Avenue Miami, FL 33165

4. Rehman Syed, name and address to be supplied.

5. Ejaz Ahmed 8536 SW 107th Avenue APT # D6 Miami, FL 33175

6. MD Anu Hossain Dewan 12955 SW 186th Terrace Miami, FL 33177

As discovery is ongoing, the Defendants reserve the right to amend this witness list as required.

*Quintana. v Millenium Oil., et al.*                                                                                                    *Page 2*
Case No.: 15-CV – 21414  COOKE  / Torres

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on J. H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Fl 33141, Via Email zabogado@aol.com on September 2, 2015.

Respectfully submitted,

**Baron, Breslin & Sarmiento**
**Primary email: EService@RichardBaronLaw.com**
**Secondary Email: RB@RichardBaronLaw.com**

**s/ Richard Baron**
*Filed of Record via CM/ECF*

Richard Baron, Esq.
Fla. Bar # 178675
Email: RB@RichardBaronLaw.com
Baron, Breslin & Sarmiento, Attorneys at Law
501 Northeast 1st Avenue
Suite 201
Miami, Fl 33132
Tel.: 305-577-4626
Fax.: 305-577-4630